SALVATORE C. GUGINO, ESQ.
Nevada Bar No. 002268
THOMAS A. DILLARD, JR., ESQ.
Nevada Bar No. 006270
OLSON, CANNON, GORMLEY, ANGULO
& STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
sgugino@ocgas.com
tdillard@ocgas.com

*Attorneys for Defendants*
*Boyd Gaming Corporation,*
*Coast Hotels and Casinos, Inc.,*
*Jeffery Fine and Elizabeth Subczak*

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| BRENT MORRIS, | CASE NO.: 2:16-cv-02416-GMN-NJK |
| Plaintiff, | |
| v. | **MOTION FOR EXTENSION OF TIME** |
| BOYD GAMING CORPORATION; COAST HOTELS AND CASINOS, INC. dba THE ORLEANS HOTEL AND CASINO; MITCHELL CABERTO; JEFFERY FINE; and ELIZABETH SUBCZAK, | **(FIRST REQUEST)** |
| Defendants. | |

COMES NOW Defendants, BOYD GAMING CORPORATION, COAST HOTELS AND CASINOS, INC. dba THE ORLEANS HOTEL AND CASINO, JEFFERY FINE and ELIZABETH SUBCZAK (hereinafter collectively "BOYD"), by and through their undersigned counsel of record and, pursuant to Local Rule 6-1 of the U.S. District Court Rules, hereby requests that Defendants be granted a thirty (30) day extension of time to respond to Plaintiff's Opposition To Motion To Dismiss Or, In The Alternative, For Summary Judgment, ECF No. 57, filed on March 1, 2017. This is the first request for extension of time by Defendants in this matter.

In support of said Motion For Extension Of Time, Defendants show this Honorable Court the following:

1. That Defendants filed their Motion To Dismiss Or, In The Alternative, For Summary Judgment on October 26, 2016 (ECF No. 5);

2. That Plaintiff filed his Motion For An Enlargement Of Time In Which To File An Opposition To Defendants' Motion To Dismiss Or, In The Alternative, For Summary Judgment (First Request) on November 2, 2016 (ECF No. 12);

3. That, on November 3, 2016, Judge Navarro issued a Minute Order extending the time for Plaintiff to respond to Defendants' Motion to December 16, 2016 (ECF No. 13);

4. That, on December 12, 2016, Plaintiff filed a Motion For Extension Of Time (Second Request) (ECF No. 32);

5. That on December 30, 2016, Judge Navarro issued an Amended Minute Order, extending the time for Plaintiff to respond to Defendants' Motion to January 30, 2017 (ECF No. 40);

6. That, on January 23, 2017, Plaintiff filed another Motion For Extension Of Time (Third Request) (ECF No. 49);

7. That, on January 24, 2017, Judge Navarro issued a Minute Order, extending the time for Plaintiff to respond to Defendants' Motion to March 1, 2017 (ECF No. 50);

8. That, on March 1, 2017, Plaintiff filed a forty-nine (49) page Opposition brief, including exhibits (ECF No. 57);

9. That, on March 2, 2017, Plaintiff filed an eighteen (18) page "Supplemental Exhibit" (ECF No. 58);

10. That Defendants require additional time to respond to the sixty-seven (67) pages of "Opposition" which Plaintiff has presented to the Court; and

11. That, due to the shortness of time and the work calendar of Defendants' counsel, it is respectfully requested that the Court grant Defendants thirty (30) days in which to file their Reply brief.

...

...

...

...

This Motion For Extension Of Time (First Request) is supported by the affidavit of Salvatore C. Gugino, Esq., attached hereto.

DATED this 6th day of March, 2017.

OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI

By: /s/ *Salvatore C. Gugino, Esq.*
SALVATORE C. GUGINO, ESQ.
Nevada Bar No. 002268
THOMAS A. DILLARD, JR., ESQ.
Nevada Bar No. 006270
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
sgugino@ocgas.com
tdillard@ocgas.com

*Attorneys for Defendants*
*Boyd Gaming Corporation;*
*Coast Hotels and Casinos, Inc.,*
*Jeffery Fine and Elizabeth Subczak*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

**DATED** this \_\_6\_\_ day of March, 2017.