SALVATORE C. GUGINO, ESQ.
Nevada Bar No. 002268
THOMAS A. DILLARD, JR., ESQ.
Nevada Bar No. 006270
OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
*Attorneys for Defendants,*
*Boyd Gaming Corporation;*
*Coast Hotels and Casinos, Inc.,*
*Jeffery Fine and Elizabeth Subczak*

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| BRENT MORRIS, | CASE NO.: 2:16-cv-02416-GMN-NJK |
| Plaintiff, | |
| v. | **MOTION TO REMOVE NAME FROM CM/ECF ELECTRONIC NOTIFICATION** |
| BOYD GAMING CORPORATION; COAST HOTELS AND CASINOS, INC. dba THE ORLEANS HOTEL AND CASINO; MITCHELL CABERTO; JEFFERY FINE; and ELIZABETH SUBCZAK, | |
| Defendants. | |

Attorney SALVATORE C. GUGINO, ESQ., counsel of record for Defendants, Boyd Gaming Corporation, Coast Hotels and Casinos, Inc., Jeffery Fine and Elizabeth Subczak, respectfully requests the Court to allow his name to be removed from the CM/ECF Electronic Notification in the

///

///

///

///

///

///

///

current action, as he has left the firm of Olson, Cannon, Gormley, Angulo & Stoberski to work as in-house counsel for Boyd Gaming.

DATED this 13 day of September, 2017.

OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI

By: /s/ Salvatore C. Gugino, Esq.
_____
SALVATORE C. GUGINO, ESQ.
Nevada Bar No. 002268
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendants,
Boyd Gaming Corporation,
Coast Hotels and Casinos, Inc.,
Jeffery Fine and Elizabeth Subczak

IT IS SO ORDERED.
Dated: September 14, 2017

_____
United States Magistrate Judge